**Order filed July 23, 2019**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

**NO. 14-18-00683-CR**

_____

**VICTORIA RANAE BLUE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 21st District Court**
**Lee County, Texas**
**Trial Court Cause No. 8733**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 5, a DVD.**

The clerk of the 21st District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 5, a DVD, on or before **August 2, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 5, a DVD, to the clerk of the 21st District Court.


PER CURIAM